# Notice Recipients

District/Off: 0425−1 | User: skh | Date Created: 12/16/2013
Case: 1:10−ap−01005 | Form ID: pdf001 | Total: 18

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| intp | Robert L. Johns, Trustee | rjohns@turnerjohns.com |
| aty | Angel L. Beblo | abeblo@spilmanlaw.com |
| aty | Bruce M. Jacobs | bjacobs@spilmanlaw.com |
| aty | Christopher R. Arthur | carthur@siwpc.com |
| aty | Daniel F. Hedges | dan@msjlaw.org |
| aty | Debra Lee Hovatter | dhovatter@spilmanlaw.com |
| aty | George L. Lemon | georgelemon@frontier.com |
| aty | Scott H. Kaminski | balgoandkaminski@yahoo.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
- pla  Gary David Guy     HC 76 Box 87−A     Union, WV 24983
- dft  Franklin American Mortgage Company     501 Corporate Centre Drive     Suite 400     Franklin, TN 37007
- dft  Bank of America, NA, successor by merger to Countrywide Bank, FSB     9000 Southside Boulevard     Jacksonville, FL 32256
- 3pp  Franklin American Mortgage Company     501 Corporate Centre Drive     Suite 400     Franklin, TN 37007
- 3pd  Teri Alsobrook     P.O. Box 9     331 Lamplighter Avenue     Lewisburg, WV 24901−1045
- 3pd  Cole Realty and Lending, Inc.     4100 Campus Drive #230     Newport Beach, CA 92660
- smg  United States Attorney     Southern District WV     P.O. Box 1713     Charleston, WV 25326−1713
- smg  WV Department of Tax &Revenue     Bankruptcy Unit     P.O. Box 766     Charleston, WV 25323−0766
- ust  United States Trustee     2025 Robert C. Byrd U.S. Courthouse     300 Virginia Street, East     Charleston, WV 25301
- ust  U.S. Trustee     2025 Robert C. Byrd U.S. Courthouse     300 Virginia Street, East     Charleston, WV 25301

TOTAL: 10